157

December 15, 1948; released for publication January 5, 1949. Winston, Strawn & Shaw, for appellant; George B. Christensen, Douglas C. Moir and Edward V. Wendrow, of counsel; Bentley, Bartoline & Jones, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.

## Michael Sekura, Appellant, v. William E. Decker, Administrator of Estate of Irene Sekura, Deceased, Appellee.

### Gen. No. 44,410.

opinion filed December 15, 1948; released for publication January 5, 1949. Michael A. Gerrard, for appellant; Clarence W. Shaver, for appellee; Louis E. Levinson, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.

## Elmer O. Slavik, Appellee, v. Foster Rotramel, Appellant.

### Gen. No. 44,459.